IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

COLIN PETERSON,

    Plaintiff,

    v.                                        Case No. 3:23-CV-00861-JDP

MARTIN O'MALLEY,
Commissioner of Social Security,

    Defendant.

---

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER PROCEEDINGS
PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

---

    Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' joint motion to remand this action, this Court now, upon review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

    Upon remand, the Appeals Council will instruct the Administrative Law Judge to further consider the opinion evidence and the subjective symptom allegations; to offer the opportunity for a new hearing; to take any further action needed to complete the administrative record; and to issue a new decision.

Dated this __4TH__ day of __JUNE__, __2024__.

_____
JAMES D. PETERSON
Chief United States District Judge